FOR THE UNITED STATES BANKRUPTCY COURT
IN THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Sean Norman

Debtor.

Case No.: 16-16080-mdc
Chapter 13

\* \* \* \* \* \* \* \* \* \*

### NOTICE OF DEFAULT

1. On or about August 30, 2016, Sean Norman, (the "Debtor") filed a Voluntary Petition for Relief pursuant to Chapter 13 of the United States Bankruptcy Code. [DE #1]

2. On or about May 30, 2017, U.S. ROF II Legal Title Trust 2015-1 et. al. (the "Secured Creditor") filed a Motion for Relief from the Automatic Stay pursuant to 11 U.S.C. §362(d) for its claim to the real property commonly known as **48 Great Oak Rd, Levitown, PA 19057** (hereinafter "Property"). [DE #34]

3. On May 17, 2018, the loan owned by U.S. ROF II Legal Title Trust 2015-1 et. al. was transferred to Wilmington Savings Fund Society, FSB, D/B/A as Owner Trustee of the Residential Credit Opportunities Trust V pursuant to the Transfer of Claim Transfer Agreement 3001 [DE #57], which is now the owner and holder.

4. On or about July 19, 2017 the Debtor and the Secured Creditor agreed to a Stipulation Agreement allowing the automatic stay to remain in effect for the Property. [DE 41]. Please see the Stipulation Agreement and Court Order attached hereto as Exhibit "A."

5. As of August 8, 2017, the Debtor is in default of his mortgage, and thus the Stipulation Agreement granting the Secured Creditor's motion for relief from the automatic stay

6. Pursuant to the Conditional Order granting the Secured Creditor's motion for relief from the automatic stay, the Debtor has ten (10) days to cure the default after receipt of this

Notice of Default before the Secured Creditor may obtain an Order Vacating the Automatic Stay.

Date: June 19, 2019

DWALDMANLAW, P.C.
4900 Carlisle Pike, #182
Mechanicsburg, PA 17050
Telephone: (844) 899-4162
Facsimile: (844) 882-4703
Primary email: bankruptcy@dwaldmanlaw.com
Email: kathryn@dwaldmanlaw.com
Email 2: lynne@dwaldmanlaw.com
Attorneys for Secured Creditor

By: /s/ *Kathryn Wakefield*
Kathryn Wakefield, Esq.
PA Bar ID# 85395