# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re: Sean Norman,** ) | |
|     Debtor, ) | **Case No.: 16-16080-MDC** |
| ) | **Chapter 13** |
| ) | |
| **Wilmington Savings Fund Society,** ) | |
| **FSB D/B/A Christiana Trust as Owner** ) | |
| **Trustee of the Residential Credit** ) | |
| **Opportunities Trust V** ) | |
| ) | |
|     Movant. ) | |
|     v. ) | |
| ) | |
| **Sean Norman,** ) | |
|     Respondent ) | |
| ) | |
| **and** ) | |
| ) | |
| **William C. Miller, Esquire** ) | |

## ORDER MODIFYING AUTOMATIC STAY

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located **48 Great Oak Road, Levittown, PA 19057.** ("Premises") as to allow Wilmington Savings Fund Society, FSB D/B/A Christina Trust as Owner Trustee of The Residential Funding Opportunities Trust V or its Successor or Assignee to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** the relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

 

                                                                  U.S. Bankruptcy Judge